JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada  89135
Telephone:     702-948-8771
Facsimile:     702-948-8773
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BERKLEY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CONTRACTORS INSURANCE COMPANY, INC.,<br><br>Defendant. | Case No.:  2:16-cv-02564-RFB-CWH<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS** |

  Plaintiff BERKLEY INSURANCE COMPANY ("Plaintiff") and Defendant NEVADA CONTRACTORS INSURANCE COMPANY, INC. ("Defendant") state the following:

  1. Defendant's Motion to Dismiss or, in the Alternative, Stay this Declaratory Judgment Action was filed on January 23, 2017.  (ECF No. 7).

  2. Plaintiff filed its Opposition to Defendant's Motion to Dismiss or, in the Alternative, Stay the Plaintiff's Declaratory Judgment Action on February 9, 2017. (ECF No. 9).

  3. Pursuant to LR II 7-2(c), Defendant's reply to Plaintiff's Response to Motion to Dismiss is currently due February 16, 2017.

  4. Defendant's counsel is currently in a two-week trial in state court.

5. To allow Defendant's counsel to prepare a reply, the parties agree to extend the date for Defendant to file a Reply to the Response from February 16, 2017 to February 28, 2017.

**IT IS SO AGREED AND STIPULATED:**

SELMAN BREITMAN LLP                SANTORO WHITMIRE

*/s/ Galina Kletser Jakobson*         */s/ James E. Whitmire*
Galina Kletser Jakobson, Esq.       James E. Whitmire
Nevada State Bar No. 6708           Nevada State Bar No. 6533
3993 Howard Hughes Parkway, Suite 200   10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada  89169            Las Vegas, NV 89135
gjakobson@selmanlaw.com             E-mail:  jwhitmire@santoronevada.com
Phone No: 702-228-7717              *Tel: 702.948.8771*

*Attorneys for Plaintiff*           *Attorney for Defendant*

**IT IS SO ORDERED:**

_____.
RICHARD F. BOULWARE, II
United States District Judge

DATED: February 16, 2017.